COLONY TRADING CORPORATION v. GRAND TERRACE CONSTRUCTION Co., INC., and Others, Impleaded with YETTA SILBOWITZ and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before October 23, 1929, with notice of argument for November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COLONY TRADING CORPORATION v. GRAND TERRACE CONSTRUCTION Co., INC., and Others, Impleaded with YETTA SILBOWITZ and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before October 23, 1929, with notice of argument for November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE REAL ESTATE HOLDING CORPORATION and Others v. THE UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others, Impleaded with JEAN JOSEPH ADAM and Others, and FRED A. TOOTE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant George A. Weston contribute to the expense of printing the record on appeal his proportionate share thereof according to the number of appellants, and procure his points to be filed so that his appeal can be argued at the same time as that of the other appellants. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID BLOCK.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before October 16, 1929, with notice of argument for November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT WOLFSON.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before October 16, 1929, with notice of argument for November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BUNNELL.— Motion to dismiss appeal granted, unless appellant procure the appellant's points to be filed on or before October 19, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX HOFFMAN, Impleaded with JACK EDLIN.— Motion granted and appellant's time in which to serve and file the points on appeal extended to and including October 21, 1929, with notice of argument for November 12, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANGELO MOLINO, Alias TONY MOLINO.— Motion granted and the time in which appeal may be brought on for argument extended to and including November 14, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT TISSIER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE TEETER.— Motion granted so far as to extend the time of the appellant in which to serve and file the record on appeal and appellant's points to and including October 28, 1929, with notice